ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| INTEC Group, LLC | ) | ASBCA Nos. 61746-ADR, 61749-ADR |
| | ) | 61914-ADR |
| | ) | |
| | ) | |
| Under Contract No. W91248-12-D-0008 | ) | |

APPEARANCES FOR THE APPELLANT:     Laurence J. Zielke, Esq.
John H. Dwyer, Jr., Esq.
 Zielke Law Firm, PLLC
 Louisville, KY

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
 Army Chief Trial Attorney
 CPT Richard W. Hagner, JA
 MAJ Mark T. Robinson, JA
 LTC Gregory T. O'Malley, JA
 Trial Attorneys

ORDER OF DISMISSAL

Following a successful mediation by the Board in which the appeals were settled, the parties on February 1, 2021 jointly moved to dismiss these appeals with prejudice. The motion is granted.

Dated: February 8, 2021

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61746-ADR, 61749-ADR, 61914-ADR, Appeals of INTEC Group, LLC, rendered in conformance with the Board's Charter.

Dated: February 9, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals